# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. YOUNG,<br><br>　　　　Plaintiff,<br>v.<br><br>LOS ANGELES POLICE DEPARTMENT, et al,<br><br>　　　　Defendants. | Case No.:  2:20-cv-11087-CBM-(KKx)<br><br>**JUDGMENT  [JS-6]** |

　　　　Pursuant to this Court's Order entered on September 21, 2022 (Dkt. No. 136) granting Defendants' Motion for Summary Judgment, IT IS ORDERED that this action is DISMISSED WITH PREJUDICE in its entirety.  Furthermore, the Motions pending before the Court (Dkt. Nos. 103–111) are denied as moot.

　　　　Plaintiff shall take nothing for his action against Defendants, and Defendants are entitled to judgment of dismissal in their favor.  The Court ORDERS that such judgment for Defendants be entered.

　　　　**IT IS SO ORDERED.**

DATED: SEPTEMBER 21, 2022　　　　　_____
　　　　　　　　　　　　　　　　　　　CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1